**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MARQUIS JOVAN VENTURA,

                Plaintiff,

-against-                                      25 **CIVIL** 5098 (KMW)

## **JUDGMENT**

JAMES WILLIAM MAGEE, Officer of the Court;
BETH BELLER, District Court Judge; SARA
LITMAN, District Court Judge,

                Defendants.
----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 2, 2025, the Court has denied Plaintiff's request for appointment of counsel, and has declined to exercise its supplemental jurisdiction of any state-law claims Plaintiff may be asserting. 28 U.S.C. § 1367. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

     November 4, 2025

                                                        **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                  **BY:**           *K. Mango*

                                                          **Deputy Clerk**